AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 JUN 23 P 2:07
DEPUTY CLERK

Jeffrey Paul Barnard
_Petitioner_

v.

Case No. 1:23-cr-00035-JAW
_(Supplied by Clerk of Court)_

United States
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Jeffrey Paul Barnard
   (b) Other names you have used: JEFFREY PAUL BARNARD [ENS LEGIS]
2. Place of confinement:
   (a) Name of institution: Strafford County Correction Facility
   (b) Address: 266 County Farm Road, Dover, NH 03820
   (c) Your identification number: 2301216
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: N/A
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form**. You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court**. Mail your petition and _____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☒ Pretrial detention ☒
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other (explain): N/A

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States District Court challenging Pre-trial Detention Serious medical Issues: 5th + 4th Amend.
   (b) Docket number, case number, or opinion number: Being denied my legal work by SCHoC!
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Denial of the Following; 5th Amendment. 4th Amend. Seizure of Legal Paperwork. Ineffective Counsel. Access to Immediate Emergent Medical care due to injury sustained by being Shot in Face by Maine State Police.
   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing: N/A
       (3) Docket number, case number, or opinion number: N/A
       (4) Result: N/A
       (5) Date of result: N/A
       (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not appeal: No Access to mail, Legal Paperwork, Ineffective Counsel. No Discovery given to date. Attorney breech of Fiduciary responsibility. Nunc-Pro-Tunc AB-Inito.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide: N/A
        (1) Name of the authority, agency, or court: N/A

        (2) Date of filing: N/A
        (3) Docket number, case number, or opinion number: N/A
        (4) Result: N/A
        (5) Date of result: N/A
        (6) Issues raised: N/A

N/A

    (b) If you answered "No," explain why you did not file a second appeal: Due to the Fact, I did not File a First appeal.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A

        (2) Date of filing: N/A
        (3) Docket number, case number, or opinion number: N/A
        (4) Result: N/A
        (5) Date of result: N/A
        (6) Issues raised: N/A

N/A

    (b) If you answered "No," explain why you did not file a third appeal: Due to the Fact I did not File a Second Appeal.

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide: N/A
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A

(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Alleged defendant demands, all charges dropped, Sua-Sponte.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Alleged defendant at all material times was and forever hereafter shall be an American national and not a US citizen. A non US citizen national. American nationals have all their constitutional rights and liberties where as US citizens are 14th Amend. citizens. 8 USC 1101(a)(21)

(b) Did you present Ground One in all appeals that were available to you?  N/A
☐ Yes   N/A   ☐ No     N/A

**GROUND TWO:** The Alleged defendant survived a Attempted Assasnation upon his life by a Maine State Trooper Swat Team member, officer DUFF. Being a sniper who shot Alleged defendant in the head with a sniper rifle.

(a) Supporting facts (Be brief. Do not cite cases or law.):
On or around April or May 2014 Maine State Swat Team member Scott DUFF did knowingly and recklessly shoot Alledged defendant in the head. The state of Maine then justified officer DUFF's action in his criminal case. The Alledged defendant settled his Civil Rights 1983 case, when the responding officers were proven lying in depositions.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND THREE:** Most Recently, the cause of my current incarsaration was a civil "driving" infraction, retaliation for a 1983 Civil Rights Award, dismisal of two E.M.P.D. officers from the force for mis-conduct, by sworn Affidavits Submitted by hand to Ass. DA and Town Manager.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Alledged defendant, Representing a friend, having defeated a injunction in a Civil Realestate courtaction was targeted by E.M.P.D. Alleged defendant during a civil trafic stop was severly beaten in the head knowingly, recklessly, wantonly by officer Jones in his sworn police Report, knowing Alleged defendant had been shot in head.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   N/A   ☐ No

Page 7 of 10

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    N/A    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do:

#1. Recuse Judge Woodcock, Judge Walker, Judge Nivison, and or any Federal Judge this Alledged defendant has been in front of Since 1998!!

#2. Recuse Judge Woodcock from this case.

#3. Set a date immediately for a hearing for this Habeus-corpus and transport order for Strafford County Corrections Facility to transport this Alledged defendant to Federal District Court in Portland Maine.

#4. Set Immediate Bail hearing due to Unlawfull detention.

#5. Order Strafford County corrections facilty to give this alledged defendant his 10-Boxes of Hardcopy Legal Documents which included a External Harddrive, and Legal Books. This Alledged defendant was here in Custody In 2016/2017 and never recieved his legal documents that were to be mailed to his wife. This Alledged defendant needs these Legal Documents for his defense and ongoing 1983 Civil Rights Case For 1st Circut Appeal case.

#6. C/O Lt. Bracket of this facility said to this Alledged defendant on 6-16-23 that those 10-Boxes were here at this Jail or in Custody of US Marshalls. Chain of Custody on these Legal document is also requested by Alledged defendant!

Page 8 of 9

Next Page →

Request For Relief Cont...

7. Appoint Hunter Tzvarras Attorney at Law in Bangor Maine 85 Hammond Street, 207-941-8443 To Assist this Alledged defendant in this criminal case and his open ongoing 1983 Civil Rights case. This Alledged defendant, has already settled a portion of this case with two of the officers and Ellsworth Police Depart For $10,000.00 dollars, because the officers were caught Lying and being dishonest in thier depostions. This 1983 case is at appellate level in the 1st circut in Boston, MASS.

8. Grant immediate Release to address on going medical issues, stemming from, and caused by state sponsured domestic terrorism when this Alledged defendant was unjustly shot in the head by Maine State Swat team member Scott Duff. Alledged defendant has malfuntioning hardware in his jaw a fractured screw and is in excruciating pain. Alledged Defendant has full medical coverage In place through United Health Care For the operation needed by DR. Oreadi down in Boston at Tufts Hospital.

9. Grant any other relief this most Honorable Court deems Just or necessary to allow this Alledged defendant the true Justice he deserves not to suffer in this excruciating pain he's expirencing!

10. Appoint special master in Accordance with 34 U.S.C. 20144 Justice For thee U.S. victims of state sponsored terrisom.

Respectfully Submitted, JYPB

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 20, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-20-2023

Signature of Petitioner: JPB Jeffrey Paul Barnard

Signature of Attorney or other authorized person, if any: JPB

Fee Waiver Demand Negating
[28-U.S.C. §1914 (a)]

Constitution For The United States of America

Article IV. Section 1, declares Full Faith and Credit shall be given in each state to the Public Acts, Records and Judicial Proceedings of Every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the effect thereof.

New Hampshire State Constitution PART 2

June 2, 1784 [Art.] 91 [Habeas Corpus] The privilege and Benefit of the habeas corpus shall be enjoyed in this State in the most Free, easy, cheap, expeditious and ample manner, and shall not be suspended by the Legislature, except upon most urgent and pressing occasions, and for a time not exceeding three months.

\NOTARY OF PUBLIC/

Dennis P. Daniels
Notary Public, State of New Hampshire
My Commission Expires May 15, 2024

6-20-2023

Page 9 of 9